UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK A. HARRIS,

    Petitioner,

v.

SUZANNE M. PEERY,

    Respondent.

No. 2:21-cv-1854 JAM AC P

ORDER

    Petitioner has requested a second extension of time to file a response to the Court's November 8, 2021, order to show cause. ECF No. 9; see also ECF No. 7.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's request for an extension of time (ECF No. 9) is GRANTED, and

    2. Within thirty days of the date of this order, Petitioner shall file a response to the Court's order to show cause.

DATED: January 18, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE