UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. HARRIS, <br><br> Petitioner, <br><br> v. <br><br> SUZANNE M. PEERY, <br><br> Respondent. | No. 2:21-cv-1854 TLN AC P <br><br><br> ORDER |

Petitioner has requested an extension of time to file objections to the findings and recommendations issued June 30, 2022. ECF No. 14. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time to file objections to the findings and recommendations issued June 30, 2022 (ECF No. 14), is GRANTED, and

2. Within thirty days from the date of this order, petitioner shall file objections to the findings and recommendations.

DATED: July 19, 2022

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1